AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Burris, Helen E. | 2. Court or Organization<br><br>US Bankruptcy Court, DSC | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge -full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-trustee Trust #1, #2 & #3 | See Part VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Employment with Turner Padget Graham & Laney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar Association | 01/24 - 01/27 | Myrtle Beach, SC | CLE/bar meeting | registration waived |
| 2. | South Carolina Bankruptcy Law Association | 05/03 - 05/05 | Myrtle Beach, SC | speak at CLE | lodging, some meals and registration waived |
| 3. | South Carolina Association for Justice | 08/01 - 08/03 | Hilton Head, SC | CLE | lodging, some meals and registration waived |
| 4. | American Bankruptcy Institute | 08/07 - 08/10 | Hershey, PA | speak at CLE | lodging, transportation, breakfast, snacks and registration waived |
| 5. | South Carolina Defense Trial Attorneys Association | 11/07 - 11/10 | Savannah, GA | CLE | lodging, some meals and registration waived |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Georgia Institute of Technology | Spring and Fall semesters 1/2 tuition and fees paid in installments, paid in full as of 12/31 | None |
| 2. | Thrift Savings Plan loan | loan from employer investment account to filer | K |
| 3. | Turner, Padget, Graham & Laney 401K plan (loan from Fidelity Freedom 2030 Fund listed on VII) | loan from employer investment account to filer spouse | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South Carolina Bank & Trust- Accounts | A | Interest | K | T | | | | | |
| 2. Tr.#1 South Carolina Bank & Trust account | A | Interest | J | T | | | | | |
| 3. Tr.#2, Russell Frank Inv. Co. Lifepoints Fund Conserv. | B | Int./Div. | K | T | Distributed (part) | 06/21/13 | K | | |
| 4. Russell Frank Inv. Co. Lifepoints Fund Growth Strategy Relax | B | Int./Div. | M | T | | | | | |
| 5. ING USA Annuity and Life Insurance Co. | | None | M | T | | | | | |
| 6. NW Mutual Whole Life Cash Value #1 | D | Dividend | L | T | | | | | |
| 7. #2 Putnam Investments New Opportunities Fund Class A & B | A | Dividend | J | T | | | | | |
| 8. 401K Fidelity Freedom 2030 Fund | C | Int./Div. | M | T | | | | | |
| 9. NetReit Real Estate Investment Trust | B | Dividend | K | T | | | | | |
| 10. IRA American Funds | | | | | | | | | |
| 11. -American Funds-EuroPacific Growth Fund-B | A | Dividend | | | Sold | 04/10/13 | J | | |
| 12. -American Funds-The Investment Company of America A | A | Dividend | J | T | Buy (add'l) | 04/10/13 | J | | |
| 13. -American Funds-The Investment Company of America B | A | Dividend | | | Sold | 04/10/13 | J | | |
| 14. -American Funds-Income Fund of America A | A | Dividend | J | T | Buy (add'l) | 04/10/13 | J | | |
| 15. - American Funds-Income Fund of America B | A | Dividend | | | Sold | 04/10/13 | J | | |
| 16. - American Funds-EuroPacific Growth Fund A | A | Dividend | J | T | Buy (add'l) | 04/10/13 | J | | |
| 17. - American Funds-American Balanced Fund B | A | Dividend | | | Sold | 04/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds- American Balanced Fund A | A | Dividend | J | T | Buy (add'l) | 04/10/13 | J | | |
| 19. Future Scholar 529 College Savings Plan-FS Mod Conserv (no control) | A | Int./Div. | J | T | Buy (add'l) | 01/03/13 | J | | |
| 20. -cont'd | | | | | Distributed (part) | 02/01/13 | J | A | |
| 21. -cont'd | | | | | Distributed (part) | 04/03/13 | J | A | |
| 22. -cont'd | | | | | Buy (add'l) | 08/07/13 | J | | |
| 23. -cont'd | | | | | Distributed (part) | 08/19/13 | J | A | |
| 24. Behringer Harvard Multifamily REIT I Inc | A | Dividend | K | T | | | | | |
| 25. Rental Property #1 Greenville SC | D | Rent | K | W | | | | | |
| 26. Trust #3 Invesco Bal Risk Alloc C | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544